IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES H. HOLLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0009 |
| ) | Judge Trauger |
| BRIDGESTONE FIRESTONE NORTH ) | Magistrate Judge Bryant |
| AMERICAN TIRE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On November 14, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the Defendant's Motion for Summary Judgment (Docket No. 24) be granted. (Docket No. 37) The plaintiff has filed a document which the court has construed as objections to the Report and Recommendation (Docket No. 38), and the defendant has responded to those objections (Docket No. 41).

The Magistrate Judge's recommendation relates to a dispositive matter. Therefore this court must make a *de novo* determination as to those portions of the Report and Recommendation to which specific objection has been made. 28 U.S.C. § 636(b)(1)(C); Rule 72(b), FED. R. CIV. P.; *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001).

In a two-page document that cites no case law and merely reargues the points originally made by the plaintiff in response to the Motion for Summary Judgment, the plaintiff simply asserts that the Magistrate Judge was wrong and that the case should proceed to trial. Because the court finds no specific objections to the Report and Recommendation made in the plaintiff's filing, the plaintiff's objections are **OVERRULED**.

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that

1

the defendant's Motion for Summary Judgment (Docket No. 24) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE.**

The Joint Motion to Continue Trial, Pretrial Conference and Pretrial Deadlines (Docket No. 39) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 20th day of November 2007.

                                          ALETA A. TRAUGER
                                          U.S. District Judge

2
Case 3:07-cv-00009   Document 42   Filed 11/20/07   Page 2 of 2 PageID #: 274